IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HD

Rcv'd by: AH

**Complaint for a Civil Case**

Ekere Inyangette

Case No. BAH 25 CV 1814

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

USDC- BALTIMORE
'25 JUN 9 PM 12:36

-against-

TFC Kurtis Henry
(Badge No. 6700)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ekere Inyangette |
| Street Address | 1564 Alconbury Rd |
| City and County | Essex |
| State and Zip Code | Maryland, 21221 |
| Telephone Number | 202 867-3906 |
| E-mail Address | |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TFC Kurtis Henry |
| Job or Title (if known) | Maryland State Trooper (Badge No. 6700) |
| Street Address | 15 Turnpike Drive |
| City and County | Perryville |
| State and Zip Code | Maryland, 21903 |
| Telephone Number | 410 537-1150 |
| E-mail Address (if known) | Kurtis.Henry@Maryland.gov |

Defendant No. 2

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 3

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

Defendant No. 4

    Name  _____

    Job or Title (if known)  _____

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address (if known)  _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $10,000,000 (Ten Million Dollars) Pain and Suffering

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment pg. 6, III

# Attachment pg. 6, III

# Statement of Claim

The defendant (TFC. Henry, [Maryland State Police Badge No. 6700, Sub-Agency 90-62]), in this action, has violated the Civil Rights Act 42 U.S.C. §1983 in his actions and duties sworn to uphold.

In or around the 28th, day of February, 2024, the plaintiff (Ekere Inyangette), was arrested by MST Henry for:

- (DRIVING, ATTEMPTING TO DRIVE) VEHICLE WHILE INDER THE INFLUECE OF ALCOBOL TA.21.902.A1-I,
- (DRIVING, ATTEMTING TO DRIVE) VEH. WHILE IMPAIRED BY ALCOHOL TA.21.902.B1.I),
- (STOPPING, STANDING, PARKING) VEH. ON HWY. RAMP TA.21.1003.K),
- NEGLIGENT DRIVING TA.21.901.1.B.

The defendant falsified documentation, (Under Penalty of Perjury), to justify the illegal seizure of the plaintiff. (See Exhibit A1 and A2)

As a result of the defendant's actions, the plaintiff, has lost driving privileges which has led to loss of employment and hardships, seen and unforeseen.

Therefore, the plaintiff seeks $10,000,000 (Ten Million Dollars), in damages.

**IV.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Plaintiff prays that this court grant the relief requested in the amount of Ten Million Dollars ($10,000,000), for falsifying documentation in order to justify a violation of 42 U.S.C. § 1983 and illegal seizure of person, etc. in violation of the U.S. Constitutions 4th Amend.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6 - 9 , 20 25

Signature of Plaintiff         /s/ Ekere Inyangette
Printed Name of Plaintiff   Ekere Inyangette

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney         _____
Printed Name of Attorney   _____
Bar Number                       _____
Name of Law Firm            _____
Address                              _____
Telephone Number            _____
Email Address                    _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Ekere Inyangette      *

                              *

v.                            Case No. _____

TFC Kurtis Henry   *

                              *

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of _____

_____

which was electronically filed in this case on _____, was mailed via

first class mail, postage prepaid, to _____

_____

_____.

6-9-2025
Date

_[signature]_
Signature

Ekere Inyangette
Printed Name and Bar Number

1564 Alconbury Rd, Essex, Md 21221
Address

inyangekere42@gmail.com
Email Address

202 867-3906
Telephone Number

_____
Fax Number