# DISTRICT COURT OF MARYLAND FOR Harford County (City/County)

**LOCATED AT (COURT ADDRESS)**
2 South Bond St.
Bel Air, MD 21014-3737

INYANGETTE, EKERE
DC Traffic
Case No: 23J0T5D

## COMPLAINANT

| Field | Value |
|---|---|
| NAME (LAST, FIRST, M.I.) | Henry |
| TITLE | TFC |
| AGENCY | MSP |
| SUB-AGENCY | 90-62 |
| I.D. NO. (POLICE) | 6700 |
| WORK TELEPHONE | (410) 537-1150 |
| HOME TELEPHONE | ( ) |
| ADDRESS | 15 Turnpike Drive |
| APT. NO. | |
| CITY | Perryville |
| STATE | MD |
| ZIP CODE | 21903 |

☐ DOMESTIC VIOLENCE  ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE  ☐ CHILD ABUSE

Page 1 of 2

## DEFENDANT

| Field | Value |
|---|---|
| NAME (LAST, FIRST, M.I.) | Inyangette, Ekere |
| MAFIS NAME | |
| I.D. NO. | |
| RACE | Blk |
| SEX | M |
| HT | 507 |
| WT | 176 |
| D.O.B. | 06/25/1976 |
| CC/OCA | 24MSP6471 |
| HAIR | Blk |
| EYES | Bro |
| DRIVER'S LICENSE # | 4684866 |
| STATE | DC |
| WORK TELEPHONE | ( ) |
| HOME TELEPHONE | ( ) |
| ADDRESS | 115 New York Ave NW Unit #6 |
| CITY | Washington |
| STATE | DC |
| ZIP CODE | 20001 |

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

On Tuesday February 27th, 2024 at 1704 hours I, TFC Henry #6700 was dispatched to a disabled vehicle in the roadway, southbound Interstate 95 at the 77 mm on the off ramp. Maryland Transportation Authority Courtesy Patrol Unit was on scene prior to my arrival and stated he believed the driver to be impaired. When I arrived on scene, I observed a black Infiniti G37 bearing Maryland registration 2A43808 stopped on the off ramp in the roadway. I approached the driver who was outside of his vehicle. The driver, identified by his DC license as Ekere Inyangette B/M DOB: 06/25/1976, attempted to conceal his breath and limit his contact with me. Inyangette was standing bladed from me and speaking away from me when answering questions. I still detected a strong odor of an alcoholic beverage coming from Inyangette's breath. Inyangette advised he had a beer to drink. Inyangette's eyes were glassy and bloodshot and his speech was mumbled and slurred. Inyangette agreed to perform Standardized Field Sobriety Tests and performed them unsatisfactorily. Inyangette was unable to follow simple instructions.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)
Go to "continued" page

PROBABLE CAUSE CHARGES # All
LACK OF PROBABLE CAUSE CHARGES # —

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: 02/27/2024
ARRESTING OFFICER: TFC Henry
AGENCY: MSP
SUB-AGENCY: 90-62
I.D. NO.: 6700

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT
☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT
☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE

DATE: FEB 28 2024
JUDICIAL OFFICER: GAIATORIA
COMMISSIONER I.D.: 9045

Traffic #23J0T5D

PC DC/CR 4 (Rev. 4/2002)
PAGE 1 OF 2