Exhibit A2

# DISTRICT COURT OF MARYLAND FOR HARFORD COUNTY
2 South Bond St, Suite 100
Bel Air,, Maryland 21014

STATE OF MARYLAND  V.  EKERE INYANGETTE
115 NEW YORK AVE NW UNIT # 6
WASHINGTON, DC, 20001-0000

| CC#: | | SID: | | | | LocID: | |
|---|---|---|---|---|---|---|---|
| Eyes: | Brown | Hair: | Black | Height: | 5 Ft. 7 In. | Weight: | 176 Lbs. |
| Race: | Black | Sex: | M | DOB: | 06/25/1976 | DL #: | 4684866 |

## DEFENDANT TRIAL SUMMARY

The above case was heard today, 06/25/2024 by Judge Philip N. Tirabassi.
The Court's finding is as follows:

**23J0T5D**
(DRIVING, ATTEMPTING TO DRIVE) VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL TA.21.902.A1-i
Plea Not Guilty  Verdict Not Guilty

Fines & Costs $0.00

**23K0T5D**
(DRIVING, ATTEMPTING TO DRIVE) VEH. WHILE IMPAIRED BY ALCOHOL TA.21.902.B1.I
Plea Not Guilty  Verdict Not Guilty

Fines & Costs $0.00

**23M0T5D**
(STOPPING, STANDING, PARKING) VEH. ON HWY. RAMP TA.21.1003.K
Plea Not Guilty  Verdict Not Guilty

Fines & Costs $0.00

**23H0T5D**
NEGLIGENT DRIVING TA.21.901.1.B
Plea Not Guilty  Verdict Not Guilty

Fines & Costs $0.00

  **23L0T5D**

**RECKLESS DRIVING TA.21.901.1.A**
Plea Not Guilty   Verdict Not Guilty

Fines & Costs $0.00

**ALL FINES & COSTS DUE TODAY UNLESS OTHERWISE NOTED.**
**I UNDERSTAND THE VERDICT AND SENTENCE OF THE COURT AND PROMISE TO COMPLY AS ORDERED:**

To make payment(s) of fines and costs as set forth above at the Court address indicated between the hours of 8:30 a.m. and 4:30 p.m. any weekday the Court is in operation.

To observe and follow all conditions of probation as indicated above and/or on the attached Defendant Probation Summary. I further understand that by consenting to and receiving a probation before judgment I waive my right to appeal and that my failure to abide by the conditions set by the Court may result in judgment being entered against me and Court proceeding as if I had been found guilty.

**If Probation Ordered:** I have read, or have had read to me, the conditions of probation. I understand these conditions and agree to follow them. I understand that if I do not follow these conditions, I could be returned to Court charged with a violation of probation. If I fail to abide by the above conditions, the Court could enter judgment against me and proceed with disposition as if I had not been placed under probation. I have been notified and I understand that by consenting to and receiving a stay of judgment under Criminal Procedure Article § 6-220 I waive my right to appeal from a judgment of guilty by the Court in this case.

**If Trial Held:** If you have been convicted or received probation before judgment for a crime, it may be unlawful for you to possess or purchase a firearm, including a rifle, shotgun, pistol, revolver, or ammunition, pursuant to state and/or federal law. If you have any questions about whether it is now illegal for you to possess or purchase a firearm, you should immediately consult an attorney. For additional information about these prohibitions or the surrender of firearms (even if you are currently incarcerated), please consult http://www.marylandattorneygeneral.gov/Forms/Form_77R_gun_questions.pdf or contact Maryland State Police Licensing Division at: 410-653-4500.

You may be entitled to expunge this record and any DNA sample and DNA record relating to the charge or charges against you. Effective October 1, 2021, certain cases shall be automatically expunged after three years if all charges resulted in any combination of acquittal, dismissal, not-guilty or nolle prosequi, or you may file for expungement of those charges within three years upon completion of the attached Petition for Expungement of Records and General Waiver and Release. To learn more about which cases may be eligible for expungement, see the Expungement Brochure available in the Clerk's office or visit the Maryland Courts website: www.mdcourts.gov/legalhelp/expungement

| 06/25/2024 | Defendant | | EKERE INYANGETTE |
|---|---|---|---|